## T. D. MOORE v. ANDREW M. BARSTOW.

CASE, *Followed.* The case of *Greenwood v. Butler*, just decided, followed.

*Error from Rice District Court.*

ACTION by *Moore* against *Barstow* to foreclose a mortgage. Plaintiff had judgment by default, directing sale of the land. Plaintiff brings here for review a portion of the order made on confirmation of the sale.

*W. J. Patterson,* and *A. C. Mitchell,* for plaintiff in error.

*Per Curiam:* The facts in this case are practically identical with those in the case of *Greenwood v. Butler,* just decided, and the order in this case directing the certificate of purchase to be issued for the lands sold will be reversed, with the direction to order a deed to be issued and the purchaser to be put in possession.